# United States District Court
## for
## District of New Jersey
## Petition for Warrant for Offender Under Supervision



Name of Offender: Wayne Vashey                                    Cr.:420-01

Name of Sentencing Judicial Officer: Honorable Dickinson R. Debevoise
                                     Senior United States District Judge

Date of Original Sentence: 09/23/03

Original Offense:    Conspiracy to Commit Theft of Interstate and Foreign Shipment

Original Sentence:   Probation - 5 years; Special Assessment - $100; Restitution - $122,785.01

Type of Supervision: Probation                 Date Supervision Commenced: 09/23/03

Assistant U.S. Attorney: Judith H. Germano     Defense Attorney: Michael V. Calabro (Appointed)

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | Vashey was arrested by the Keansburg Police Department on October 3, 2006, and charged with possession of a controlled dangerous substance (cocaine) and possession of drug paraphernalia. According to police records, the offender was loitering in his vehicle at Pumps Go-Go bar, and he was found with cocaine and several plastic zip-lock bags. Mr. Vashey was processed at police headquarters and released the same day after posting $500 bail. |
| | On May 16, 2007, the offender signed a plea agreement with the Monmouth County Prosecutor's Office and is scheduled for sentencing on July 20, 2007. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On November 14, 2006, six weeks after the above mentioned arrest, the offender was again found in the same parking lot by the same Keansburg detectives, despite being directed by the undersigned not to visit the bar. Upon approach, the offender sped out of the parking lot with detectives in chase. During a high-speed chase, the offender disregarded several traffic signals and nearly collided with several other vehicles. He was subsequently arrested for eluding police. |
| | On May 16, 2007, the offender signed a plea agreement with the Monmouth County Prosecutor's Office and is scheduled for sentencing on July 20, 2007. |

3   The offender has violated the supervision conditions which states **'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer'**

During an office visit on October 4, 2006, after his arrest for drug possession, the offender was instructed by the undersigned to refrain from entering the parking lot or establishment of Pumps Go-Go bar.

Approximately six weeks later, on November 14, 2006, the offender was observed by Keansburg undercover officers in the parking lot of Pumps Go-Go bar. As a result, a high-speed chase ensued, and the offender was subsequently arrested for eluding police.

4   The offender has violated the supervision condition which states **'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.'**

On October 4, 2006, the offender signed a drug admission form, indicating that he had used cocaine on October 1, 2006.

Respectfully submitted,

By: Matthew Kurzawa
U.S. Probation Officer
Date: 06/01/07

---

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: June 25, 2007 2:00 PM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer    Date: June 5, 2007